# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROSS ALAN HOPE; and  PLAINTIFFS
POWERS OF ARKANSAS

v. No. 4:18CV00114 JLH

DEPARTMENT OF VETERANS AFFAIRS;
JAN FRYE; and TIMOTHY BAKER  DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE